```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                          :

ALEXANDRA STUDLEY,                         :

                                      Plaintiff,     :              1:22-cv-9217-GHW

                              -v-                           :              <u>ORDER</u>

EQUIFAX INFORMATION SERVICES LLC;   :
EXPERIAN INFORMATION SOLUTIONS INC.;:
KIRSCHENBAUM & PHILLIPS, P.C.; OPORTUN :
FINANCIAL CORP.; MERRICK BANK CORP.,   :

                                  Defendants.   :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

       The Clerk of Court is directed to issue summonses as to Defendants Equifax Information Services, LLC; Experian Information Solutions, Inc.; Kirschenbaum & Phillips, P.C.; Oportun Financial Corporation; and Merrick Bank Corporation. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

          SO ORDERED.

Dated:    October 28, 2022
              New York, New York

                                                                            _____
                                                                               GREGORY H. WOODS
                                                                        United States District Judge