```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALEXANDRA STUDLEY,

                              **Plaintiff,**                    22-CV-09217 (GHW)(SN)

       -against-                                     **ORDER**

EQUIFAX INFORMATION SERVICES, LLC, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Pursuant to the conference scheduled on February 1, 2023, pro se Plaintiff is directed to meet with Defendant Oportun Financial Corporation and provide proof of the payments she alleges Oportun failed to record.

       By no later than March 1, 2023, Defendant Oportun shall submit a letter informing the Court of these negotiations and indicate whether a settlement agreement has been reached. To the extent the letter contains confidential communications, the Defendant may e-mail it to Netburn_NYSDChambers@nysd.uscourts.gov.

**SO ORDERED.**

                                                                       _____
                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:       February 3, 2023
                New York, New York