```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALEXANDRA STUDLEY,

                Plaintiff,          22-CV-09217 (GHW)(SN)

   -against-                          **ORDER**

EQUIFAX INFORMATION SERVICES LLC, et al.,

                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On March 1, 2023, Defendant Oportun Financial Corporation filed a letter updating the Court on the status of settlement negotiations. ECF No. 31. The letter indicates that these negotiations are ongoing. Accordingly, Oportun Financial is directed to file another letter updating the Court on the status of settlement no later than March 31, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 3, 2023
               New York, New York