**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

ALEXANDRA STUDLEY,

                                        Plaintiff,

                    -against-

EQUIFAX INFORMATION
SERVICES, LLC et al.,

                                        Defendants.

-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/9/2023____
```

**22-CV-09217 (GHW)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On April 4, 2023, the Court ordered Plaintiff Alexandra Studley and Defendant Oportun

to file a status letter on ongoing settlement negotiations by May 3, 2023. As no such filing has

been made, the parties are directed to file this status letter by no later than May 12, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        May 9, 2023
              New York, New York