```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALEXANDRA STUDLEY,

                                  Plaintiff,                      22-CV-09217 (GHW)(SN)

      -against-                                            **ORDER**

EQUIFAX INFORMATION SERVICES LLC, et al.,

                                Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    By no later than Wednesday, July 20, 2023, the parties shall file a letter updating the Court on the status of settlement negotiations. Based on prior representations, the Court understands that only the claims against Kirschenbaum & Phillips, P.C., are outstanding.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 6, 2023
               New York, New York