```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                      :

ALEXANDRA STUDLEY,                                              :
                                                      :

                        Plaintiff,                   :                    1:22-cv-9217-GHW

                                                      :

                     -v -                          :                         ORDER

KIRSCHENBAUM & PHILLIPS, P.C., *et al.*,                        :
                                                      :

                        Defendants.                 :
                                                         :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

        By minute entry dated July 12, 2023, the assigned mediator has informed the Court that

this case has settled.  Accordingly, it is hereby ORDERED that this action be conditionally

discontinued without prejudice and without costs; provided, however, that within thirty (30) days

of the date of this Order, the parties may submit to the Court their own Stipulation of Settlement

and Dismissal.[1]  Otherwise, within such time Plaintiff may apply by letter for restoration of the

action to the active calendar of this Court in the event that the settlement is not consummated.

Upon such application for reinstatement, the parties shall continue to be subject to the Court's

jurisdiction, the Court shall promptly reinstate the action to its active docket, and the parties shall

be directed to appear before the Court, without the necessity of additional process, on a date

within ten (10) days of the application, to schedule remaining pretrial proceedings and/or

dispositive motions, as appropriate.  This Order shall be deemed a final discontinuance of the

action with prejudice in the event that Plaintiff has not requested restoration of the case to the

active calendar within such 30-day period.

         The Clerk of Court is further directed to terminate all pending motions, adjourn all

---

[1] As explained in Rule 4(E) of the Court's Individual Rules of Practice in Civil Cases, the Court will not retain
jurisdiction to enforce confidential settlement agreements.  If the parties wish that the Court retain
jurisdiction to enforce the agreement, the parties must place the terms of their settlement agreement on the
public record.

remaining dates, and to close this case.

   SO ORDERED.

Dated: July 12, 2023
   New York, New York

            _____
              GREGORY H. WOODS
            United States District Judge